**MEMO ENDORSED**

LAW OFFICES<br>
**JOHN S. WALLENSTEIN**<br>
1100 FRANKLIN AVENUE<br>
GARDEN CITY, NEW YORK 11530<br>
(516) 742-5600  FAX (516) 742-5040<br>
EMAIL: JSWallensteinEsq@outlook.com

October 30, 2024

BY ECF

Hon. Nelson S. Román
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   United States v. Thierry Antoine
           Docket # 23 CR 305 (NSR)-02

Dear Judge Román;

   At this point in time, as trial prep continues and the lengthy trial begins next week, I respectfully request permission to submit interim CJA vouchers, through the present date, with another at the conclusion of the trial.

   Thank you for your courtesy and consideration.

Respectfully yours,<br><br>
*John S. Wallenstein*<br>
JOHN S. WALLENSTEIN

JSW/hs

---

Defense counsel's request to subject interim CJA vouchers is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 63.
Dated: November 1, 2024
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2024