UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        - against -

THIERRY ANTOINE,

                Defendant(s).

-------------------------------------------------------------X

**ORDER**

23 Cr. 305-02 (NSR)

Nelson S. Román, U.S.D.J.:

After a jury verdict rendered finding Defendant guilty on all Three Counts, Defendant is ORDERED remanded to U.S. Marshal Office custody.

SO ORDERED.

Dated:    White Plains, New York
            November 13, 2024

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2024