**MEMO ENDORSED**

LAW OFFICES
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600   FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

March 6, 2025

**BY ECF**

Hon. Nelson S. Román
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States v. Thierry Antoine**
           **Docket # 23 CR 305-02 (NSR)**

Dear Judge Román;

    Mr. Antoine is scheduled for sentencing on April 4. In order to provide sufficient time to file sentencing submissions, I respectfully request that the sentencing be adjourned until May 13 at 11:00.

    I have discussed this request with AUSA Margaret Vasu; the government has no objection and is available at that time. Ms. Sicora confirms the Court's availability.

    Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

---

**Deft. Antoine's (02) request to adjourn the Sentencing from April 4, 2025 until May 13, 2025 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 93.
Dated: White Plains, NY
       March 7, 2025**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/07/2025